ACCEPTED
03-17-00324-CR
21281424
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/13/2017 10:54 PM
JEFFREY D. KYLE
CLERK

## CAUSE NO. <u>03-17-00324-CR</u>

| | | |
|---|---|---|
| **LABESHA SHEDONNA COVINGTON** | § | **IN THE COURT OF APPEALS** |
| **Appellant,** | § | 3rd COURT OF APPEALS |
| | § | AUSTIN, TEXAS |
| | § | 12/13/2017 10:54:45 PM |
| | § | JEFFREY D. KYLE |
| **V.** | § | **FOR THE THIRD DISTRICT** Clerk |
| | § | |
| | § | |
| **THE STATE OF TEXAS** | § | |
| **Appellee.** | § | |
| | § | **AT AUSTIN, TEXAS** |

---

### APPELLANT'S MOTION TO EXTEND
### TIME TO FILE APPELLANT'S BRIEF

---

**TO THE THIRD COURT OF APPEALS OF THE STATE OF TEXAS:**

**NOW COMES** Appellant LASHEBA SHEDONNA COVINGTON, by and through her attorney of record, Aaron C. Seymour, in the above entitled and numbered cause, and files this Appellant's Motion to Extend Time to File Appellant's Brief, and would show unto the Court the following:

### I.

On the 3rd day of May 2017, in the 35th Judicial District Court of Mills County, Texas in Cause No. <u>3171</u>, entitled *The State of Texas v. LASHEBA SHEDONNA COVINGTON*, the Appellant was convicted of the offense of Unlawful Possession of Firearm by Felon - Repeat and Habitual Offender, a 3rd Degree Felony, and sentenced to twenty-five (25) years in the Institutional Division of the Texas Department of Criminal Justice- TDCJ.

## II.

That on the 3rd day of May 2017, and within the time required by the Texas Rules of Appellate Procedure Appellant filed her written Notice of Appeal to the Court of Appeals for the 3rd District at Austin, Texas. The Record on Appeal was filed on the 16th day of May 2017. Accordingly, Appellant's Brief in this case was due to be filed on the 27th day of September 2017.

## III.

On November 29, 2017, Counsel filed a motion requesting an additional fourteen (14) days to file Appellant's Brief. Appellant's motion was granted and the deadline for submission was extended to December 13, 2017.

## V.

Appellant now requests an additional extension. The facts relied upon to reasonably explain the need for an extension of time are as follows:

1. The record in this matter contains several DVDs admitted into evidence that counsel for the appellant could not review. During the past two weeks, both the court reporter and the district attorney's office have offered their assistance in resolving this issue. And, with the use of additional software, counsel has been able to review State's Exhibit 1 containing DPS in-car recordings.

2. Despite working diligently with assistance from the court reporter and the district attorney's office, counsel is still unable to gain access to DVDs marked as

State's Exhibits 2, 3, and 11, which are audio/visual recordings of the DPS vehicle search, DPS interviews, and the in-car video from a Mills County Sheriff's Department vehicle, respectively.

3. Again, these DVDs were admitted into evidence at the Appellant's trial. It is also clear from the written record that the audio/video evidence on the DVDs played a significant role in the Court's denial of the motion to suppress and in reaching it's verdict. Review of the aforementioned exhibits is necessary to finish Appellant's Brief and to properly represent the Appellant on appeal.

**WHEREFORE, PREMISES CONSIDERED,** Appellant requests this Appellant's Motion to Extend Time to File Appellant's Brief be GRANTED, that the Court extend the time for the filing deadline until **December 29, 2017**, and for such other and further relief to which Appellant may be entitled or shall ever pray.

Respectfully submitted,

**THE LAW OFFICE OF**
**AARON C. SEYMOUR, PLLC**
311 N. Center Ave., Ste. 107
Brownwood, Texas 76801
Tel: (325) 805-4848
Fax: (325) 805-4854

By: /s/Aaron C. Seymour
Aaron C. Seymour
State Bar No. 24094943
aaron@seymour-lawoffice.com
**Attorney for the Appellant**

## CERTIFICATE OF SERVICE

This is to certify that on December 13, 2017 a true and correct copy of the foregoing document was sent to the 35th District Attorney's Office in Brownwood, Texas by electronic filing manager.

_/s/Aaron C. Seymour_

Aaron C. Seymour

**Attorney for the Appellant**